# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: **0:01-CV-989 PAM/JGL**

Operating Eng H&W Fd,

v

Listul Erection Corp.

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:01-CV-989 PAM/RLE**

**AT THE COURT'S DIRECTION**, the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Raymond L. Erickson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Vicki Miller at 218 529 3520.**

DATE: **June 20, 2002**

Richard D. Sletten, Clerk

**Richard D. Sletten, Clerk**

FILED June 20, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______