# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Operating Engineers Local #49 Health and Welfare Fund and its Trustees

v.

Listul Erection Corporation and Paul S. Listul

Case No. Civil 01-989 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that;

1. Plaintiff's motion for Summary Judgment is GRANTED in part and DENIED in part. Plaintiffs are entitled to recover $3,352.01 in unpaid contributions, liquidated damages of $335.20 and upon proper motion, reasonable costs, attorneys' fees, and interest from Defendant Listul erection Corporation; and

2. Summary Judgment in favor of defendant Paul S. Listul is GRANTED and Plaintiff's claims against Paul S. Listul are DISMISSED with prejudice.

DATE: September 5, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk